DANIEL G. BOGDEN
Nevada Bar No. 2137
United States Attorney
CARLOS A. GONZALEZ
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702)388-6336
Facsimile: (702)388-6787
Carlos.Gonzalez2@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:99-CR-186-KJD-CWH |
| ) | |
| vs. ) | MOTION TO VACATE JUDGMENT |
| ) | DEBTOR EXAMINATION |
| DONALD LEE JONES, ) | |
| ) | |
| Defendant. ) | |

COMES NOW the United States of America, by and through Daniel G. Bogden, United States Attorney, and Carlos A. Gonzalez, Assistant United States Attorney, and moves this Honorable Court for an Order to vacate the Supplementary Proceedings (Judgement Debtor Examination) scheduled for April 25, 2012, at 9:00 a.m. This motion is made because the United States Marshal Service or private service was unable to locate the defendant, Donald Lee Jones.

DATED this  18th  day of April, 2012.

DANIEL G. BOGDEN
United States Attorney

/s/Carlos A. Gonzalez
CARLOS A. GONZALEZ
Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:99-CR-186-KJD-CWH |
| ) | |
| vs. ) | |
| ) | ORDER |
| DONALD LEE JONES, ) | |
| ) | |
| Defendant. ) | |

This cause came before the Court on Plaintiff's Motion to Vacate, and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiffs' Motion to Vacate Supplementary Proceedings (Judgement Debtor Examination) scheduled for April 25, 2012, at 9:00 a.m. be granted.

DATED this  19th  day of  April , 2012.

_____
UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:
DANIEL G. BOGDEN
United States Attorney


/s//Carlos A. Gonzalez
CARLOS A. GONZALEZ
Assistant United States Attorney